**AKAY LAW**
**DOUGLAS N. AKAY, STATE BAR #131011**
333 Bush Street, Suite 2250
San Francisco, California 94104
(415) 764-1999 (telephone)
(415) 764-1994 (facsimile)
dnakay@akaylaw.com

Attorneys for Plaintiffs,
BioGenex Laboratories and Krishan Kalra

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIOGENEX LABORATORIES, a California corporation, KRISHAN KALRA, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> SUJITH KRISHNAN, an individual, <br><br> Defendant. | No. 3:14-CV-00148 JCS <br><br> **REQUEST FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER GRANTING CONTINUANCE OF THE INITIAL CASE MANAGEMENT CONFERENCE** <br><br> Date: June 27, 2014 <br> Time: 2:00 PM <br> Location: Courtroom G, 15th Floor |

Pursuant to Civil Local Rules 6-1(b) and 6-2, Plaintiffs BIOGENEX LABORATORIES ("BioGenex") and KRISHAN KALRA ("Kalra"), (collectively "Plaintiffs") hereby request an order to continue the Initial Case Management Conference currently scheduled for June 27, 2014, at 2:00 PM in Courtroom G, 15th Floor, San Francisco.

As stated in Plaintiffs' Case Management Statement (ECF No. 22), Plaintiffs have taken default against Defendant SUJITH KRISHNAN ("Defendant") and are currently preparing a Motion for Entry of Default Judgment. Therefore, since Defendant has not yet appeared in this action and Plaintiffs are currently preparing a Motion for Entry of Default Judgment, Plaintiffs request that the initial case management conference be postponed to a later date.

Plaintiffs intend and respectfully request that all deadlines triggered by the Initial Case Management Conference – including the deadlines to meet and confer, provide initial disclosures,

1  and provide a Rule 26(f) Report – will be triggered by whatever new date the Court sets for the
2  Initial Case Management Conference.

4  Dated: June 26, 2014                               AKAY LAW

5                                                    By: /s/ Douglas N. Akay
                                                         DOUGLAS N. AKAY
6                                                        Attorneys for Plaintiffs,
                                                         BioGenex Laboratories and Krishan Kalra

10     IT IS SO ORDERED.

12     DATED: 06/27/14

                                                    **DENIED**
                                                    Judge Joseph C. Spero
                                                    UNITED STATES DISTRICT COURT
                                                    NORTHERN DISTRICT OF CALIFORNIA

16                                                  Hon. Joseph C. Spero

AKAY LAW
333 BUSH STREET, SUITE 2250
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE: (415) 764-1999