<div style="margin-left: 2em;">

**AKAY LAW**
**DOUGLAS N. AKAY, State Bar #131011**
333 Bush Street, Suite 2250
San Francisco, California 94104
(415) 764-1999 (telephone)
(415) 764-1994 (facsimile)
dnakay@akaylaw.com

Attorneys for Plaintiffs,
BIOGENEX LABORATORIES and KRISHAN KALRA

</div>

<div style="text-align: center;">

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

</div>

| | |
|---|---|
| BIOGENEX LABORATORIES, a California corporation, KRISHAN KALRA, an individual, <br><br>　　　　　Plaintiffs, <br><br>vs. <br><br>SUJITH KRISHNAN, an individual, <br><br>　　　　　Defendant. | No. 3:14-CV-00148 JCS <br><br> **REQUEST FOR TELEPHONIC APPEARANCE FOR INITIAL CASE MANAGEMENT CONFERENCE** <br><br> Date: June 27, 2014 <br> Time: 2:00 PM <br> Location: Courtroom G, 15th Floor |

　　　Plaintiffs BIOGENEX LABORATORIES and KRISHAN KALRA, (collectively "Plaintiffs"), respectfully request to appear telephonically for the Initial Case Management Conference scheduled for June 27, 2014, at 2:00 PM.

Dated:  June 27, 2014　　　　　　　　　　　AKAY LAW

Dated: June 27, 2014　　　　　　　　　　　By: /s/ Douglas N. Akay
　　　　　　　　　　　　　　　　　　　　　　DOUGLAS N. AKAY
IT IS HEREBY ORDERED THAT Mr. Akay　　Attorneys for Plaintiffs
shall be on phone standby beginning at 2:00 PM　BioGenex Laboratories and Krishan Kalra
and await the Court's call.

**IT IS SO ORDERED AS MODIFIED**
Judge Joseph C. Spero