**AKAY LAW**
**DOUGLAS N. AKAY, STATE BAR #131011**
333 Bush Street, Suite 2250
San Francisco, California 94104
(415) 764-1999 (telephone)
(415) 764-1994 (facsimile)
dnakay@akaylaw.com

Attorneys for Defendant,
BioGenex Laboratories and Krishan Kalra

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIOGENEX LABORATORIES, a California corporation, KRISHAN KALRA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SUJITH KRISHNAN, an individual,<br><br>Defendants. | No. 3:14-CV00148 JCS<br><br>REQUEST FOR TELEPHONIC APPEARANCE<br><br>Date: September 26, 2014<br>Time: 2:00 p.m.<br>Magistrate Judge: Hon. Joseph C. Spero |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Plantiff, BIOGENEX LABORATORIES, a California Corporation, KRISHAN KALRA, an individual by and through their attorney DOUGLAS N. AKAY, request appearance by telephonic for the Case Management Conference scheduled for September 26, 2014 at 2:00 p.m before the Honorable Judge Joseph C. Spero.

Dated: September 18, 2014

AKAY LAW

By: /s/ Douglas N. Akay
DOUGLAS N. AKAY
Attorneys for Plaintiff,
BioGenex Laboratories and Krishan Kalra

Dated: 9/22/14

UNITED STATES DISTRICT COURT
DENIED
Judge Joseph C. Spero
NORTHERN DISTRICT OF CALIFORNIA

AKAY LAW
333 BUSH STREET, SUITE 2250
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE: (415) 764-1999