UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BIOGENEX LABORATORIES, et al.,

    Plaintiffs.

v.

SUJITH KRISHNAN,

    Defendant.

Case No.  14-cv-00148-JCS

**ORDER TO SHOW CAUSE**

Pursuant to Civil L.R. 16-2, a further case management conference was held on September 26, 2014, before this Court in the above-entitled case. Plaintiff was present. Defendant was not present.

IT IS HEREBY ORDERED that Plaintiff shall appear on **October 31, 2014, at 9:30 a.m.,** before Magistrate Judge Joseph C. Spero, in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why this action should not be dismissed for Plaintiff's failure to prosecute this action.

IT IS SO ORDERED.

Dated: September 30, 2014

    JOSEPH C. SPERO
    United States Magistrate Judge